## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:12CR00040-3 JLH |
| | ) | |
| TAMARIO WASHINGTON | ) | |

### ORDER

The government has filed a motion to revoke pretrial release (docket entry no. 34), and the issue has been referred to the undersigned for disposition. The Clerk is directed to issue a summons for the defendant to appear on this motion. The summons should direct the defendant to appear on Thursday, June 21, 2012, at 9:30 a.m.

IT IS SO ORDERED this  13   day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE