IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 4:12CR00040 JLH |
| | ) | |
| EDMOND BATTLES | ) | |

## ORDER

The parties have filed motions for a detention hearing. These motions (docket entries nos. 47 & 50) are granted. The hearing will be conducted on Friday, December 14, 2012, at 1:30 p.m.

IT IS SO ORDERED this  9   day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE