# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:12CR00040–3 JLH |
| | ) | |
| TAMARIO WASHINGTON | ) | |

## ORDER

The government has filed a motion for revocation of pre-trial release (docket entry no. 68), and the issue has been referred to the undersigned for disposition. The Clerk is directed to issue a summons for the defendant to appear on this motion. The summons should direct the defendant to appear on Wednesday, June 19, 2013, at 2:00 p.m.

IT IS SO ORDERED this __17__ day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE