# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                   PLAINTIFF

v.                    No. 4:12CR00040-03 JLH

TAMARIO WASHINGTON                                     DEFENDANT

## ORDER

The government has filed a motion to dismiss indictment as to Tamario Washington. Without objection, the motion is GRANTED. Document #76. The indictment is hereby dismissed without prejudice as to this defendant only.

IT IS SO ORDERED this 15th day of October, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE