IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              No. 4:12CR00040-02 JLH

MELVIN MARQUIS DOUGLAS                                               DEFENDANT

## ORDER

Pending before the Court is the defendant Melvin Marquis Douglas's motion to continue the sentencing hearing currently set for Tuesday, January 28, 2014. The motion is GRANTED. Document #92. The sentencing hearing will be reset by separate notice.

IT IS SO ORDERED this 21st day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE