# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                           PLAINTIFF

v.                          No. 4:12CR00040-02 JLH

MELVIN MARQUIS DOUGLAS                                                  DEFENDANT

### ORDER

Pending before the Court is the defendant Melvin Marquis Douglas's motion to continue the sentencing hearing currently set for Thursday, February 6, 2014. The motion is GRANTED. Document #99. The sentencing hearing will be reset by separate notice.

IT IS SO ORDERED this 6th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE